1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTOINE DWAYNE ROBINSON,                  No.  2:22-cv-0934 DB P

12              Petitioner,

13        v.                                    ORDER

14   DAVID BREWER,

15              Respondent.

16

17        Petitioner, a federal inmate proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2255.[1]  Based on the information provided in the petition,

19   petitioner was sentenced by the U.S. District Court for the Eastern District of Oklahoma.  (ECF

20   No. 1 at 1.)  Petitioner seeks to challenge this sentence.  (Id.)  The sentencing court is the only

21   court with jurisdiction over a § 2255 motion.  Braden v. 30th Judicial Circuit Court, 410 U.S.

22   484, 497 (1973); Harrison v. Ollison, 519 F.3d 952, 956 (9th Cir. 2008).  Accordingly, this action

23   will be transferred to the court which originally sentenced petitioner.

24   ////

25   [1] Petitioner's application was filed on a form for petition of writ of habeas corpus pursuant to 28
26   U.S.C. § 2241.  However, in the petition, petitioner states that he seeks to challenge a sentence
     resulting from a federal conviction.  As such, this petition properly construed as a petition brought
27   pursuant to 28 U.S.C. § 2255.  See Porter v. Adams, 244 F.3d 1006, 1006 (9th Cir. 2001) ("[a]
     section 2255 motion to the sentencing court is generally the proper vehicle for challenging a
28   conviction").

                                              1

1       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

2    transferred to the United States District Court for the Eastern District of Oklahoma.

3    Dated:  June 14, 2022

4

5    _____

6    DEBORAH BARNES
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11
     DB:14
12   DB/DB Prisoner Inbox/Habeas/R/robi0934.108

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28